IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jourey Newell | : | Civil Action |
| | : | |
| v. | : | |
| | : | No. 2:25-cv-04270 |
| RxLink Inc. | : | |

ORDER

AND NOW, this 30th day of July, 2025 it is hereby

ORDERED that the application of Anthony Paronich, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.[1]

☐ DENIED.

_____
HON. MIA R. PEREZ                , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.