IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated*,

        **Plaintiff,**

  v.

**RXLINK INC.,**

        **Defendant.**

CASE NO. 2:25-cv-04270-MRP

### DEFENDANT RXLINK INC.'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1 Defendant RxLink Inc. ("RxLink") moves the court for an extension of thirty days—through and including September 22, 2025—to respond to Plaintiff Jourey Newell's Complaint. ECF No. 1. In support, Defendant states as follows:

1. Plaintiff filed the Complaint on July 29, 2025. ECF No. 1.

2. Plaintiff served Defendant on August 1, 2025, *see* ECF No. 8, rendering Defendant's deadline to respond to the Complaint August 22, 2025.

3. Defendant has been diligently investigating the claims but requires more time to respond.

4. This is the first request to extend Defendant's deadline to respond.

5. Defendant's counsel has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose this motion. Accordingly, the extension will not prejudice Plaintiff.

1

6.   This request is made for good cause and not for the purpose of delay. *See, e.g., Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

7.   A proposed Order is filed with this motion.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and allow it until September 22, 2025, to answer, move, or otherwise respond to the Complaint.

Dated: August 20, 2025

Respectfully submitted,

*/s/ Matthew A. Lipman*

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman, Esquire
mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein*
GA 266019
ryan@wtlaw.com
Oyinkansola Y. Muraina*
GA 357962
omuraina@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 779-5189
Fax: (404) 537-1650
**Pro hac vice* forthcoming

*Counsel for Defendant RxLink Inc.*

## **LOCAL RULE 7.1(b) CONFERENCE**

Pursuant to Local Rule 7.1(b), counsel for Defendant certifies that Defendant conferred with Plaintiff's counsel via email on August 18–19, 2025 regarding this motion. Plaintiff's counsel advised that Plaintiff does not oppose the relief requested herein.

                                               **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

                                               */s/ Matthew A. Lipman*
                                               Matthew A. Lipman, Esquire
                                               *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 20, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/CEF system, which will send a notice of electronic filing to all counsel of record.

                */s/ Matthew A. Lipman*
                Matthew A. Lipman, Esquire
                *Counsel for Defendant*