IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JOUREY NEWELL**, *individually and on behalf of a class of all persons and entities similarly situated*,

        **Plaintiff**,

v.

**RXLINK INC.**,

        **Defendant**.

CASE NO. 2:25-cv-04270-MRP

**DEFENDANT RXLINK INC.'S SECOND UNCONTESTED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1 Defendant RxLink Inc. ("RxLink") moves the court for an extension of fourteen days—through and including October 6, 2025—to respond to Plaintiff Jourey Newell's Complaint. ECF No. 1. In support, Defendant states as follows:

1. Plaintiff filed the Complaint on July 29, 2025. ECF No. 1.

2. Plaintiff served Defendant on August 1, 2025, *see* ECF No. 8, rendering Defendant's deadline to respond to the Complaint August 22, 2025.

3. On August 20, 2025, the Court granted Defendant's first Uncontested Motion for Extension of Time to Respond to the Complaint, rendering Defendant's deadline to respond to the Complaint September 22, 2025.

4. Undersigned counsel respectfully requests additional time to respond, in part because the attorney primarily responsible for this matter has been ill with COVID-19.

5. This is the second request to extend Defendant's deadline to respond.

6. Defendant's counsel has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose this motion. Accordingly, the extension will not prejudice Plaintiff.

7. This request is made for good cause and not for the purpose of delay. *See, e.g.*, *Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

8. A proposed Order is filed with this motion.

Accordingly, Defendant respectfully requests that the Court grant this motion and allow it until October 6, 2025, to answer, move, or otherwise respond to the Complaint.

*[Signature on Next Page]*

Dated: September 19, 2025

Respectfully submitted,

*/s/ Matthew A. Lipman*

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman
mlipman@mdmc-law.com
1617 JFK Boulevard, Ste. 1500
Philadelphia, Pennsylvania 19103
Telephone: 215-557-2900
Fax: (215) 557-2990


**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein*
GA 266019
ryan@wtlaw.com
Oyinkansola Y. Muraina*
GA 357962
omuraina@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 779-5189
Fax: (404) 537-1650
**Pro hac vice* forthcoming

*Counsel for Defendant RxLink Inc.*

## **LOCAL RULE 7.1(b) CONFERENCE**

Pursuant to Local Rule 7.1(b), counsel for Defendant certifies that Defendant conferred with Plaintiff's counsel via email on September 19, 2025, regarding this motion. Plaintiff's counsel advised that Plaintiff does not oppose the relief requested herein.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Matthew A. Lipman*
Matthew A. Lipman
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/CEF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Matthew A. Lipman*
Matthew A. Lipman
*Counsel for Defendant*
