**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**JOUREY NEWELL*, individually and on behalf of a class of all persons and entities similarly situated*,**

**Plaintiff,**

**v.**

**RXLINK INC.,**

**Defendant.**

**CASE NO. 2:25-cv-04270-MRP**

**DEFENDANT RXLINK INC.'S THIRD UNCONTESTED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1 Defendant RxLink Inc. ("RxLink") moves the court for an extension of seven days — through and including October 13, 2025 — to respond to Plaintiff Jourey Newell's Complaint. ECF No. 1. In support, Defendant states as follows:

1. On September 19, 2025, Defendant filed a second Uncontested Motion for Extension of Time to Respond to the Complaint because the attorney primarily responsible for this matter had been ill with COVID-19. ECF No. 11.

2. On September 22, 2025, the Court granted Defendant's request, extending Defendant's deadline to respond to the Complaint to October 6, 2025. ECF No. 12.

3. Undersigned counsel respectfully requests additional time to respond because the parties were actively exploring a potential resolution, but ultimately

were unable to reach an agreement. Defendant now seeks an additional week to file its responsive pleading.

4. This is the third request to extend Defendant's deadline to respond.

5. Defendant's counsel has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose this motion. Accordingly, the extension will not prejudice Plaintiff.

6. This request is made for good cause and not for the purpose of delay. *See, e.g.*, *Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

7. A proposed Order is filed with this motion.

Accordingly, Defendant respectfully requests that the Court grant this motion and allow it until October 13, 2025, to answer, move, or otherwise respond to the Complaint.

*[Signature on Next Page]*

Dated: October 6, 2025

Respectfully submitted,

*/s/ Matthew A. Lipman*

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman
mlipman@mdmc-law.com
1617 JFK Boulevard, Ste. 1500
Philadelphia, Pennsylvania 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein*
ryan@wtlaw.com
Oyinkansola Y. Muraina*
omuraina@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 779-5189
Fax: (404) 537-1650
**Pro hac vice* forthcoming

*Counsel for Defendant RxLink Inc.*

**LOCAL RULE 7.1(b) CONFERENCE**

Pursuant to Local Rule 7.1(b), counsel for Defendant certifies that Defendant conferred with Plaintiff's counsel via email on October 6, 2025, regarding this motion. Plaintiff's counsel advised that Plaintiff does not oppose the relief requested herein.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Matthew A. Lipman*
Matthew A. Lipman
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/CEF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Matthew A. Lipman*
Matthew A. Lipman
*Counsel for Defendant*