# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated*, | : : : : : | CIVIL ACTION |
| **Plaintiff,** | : : | NO. 25-cv-4270 |
| v. | : : | |
| RXLINK INC., | : : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 7th day of October 2025, upon consideration of Defendant RxLink's Uncontested Motion for an Extension of Time to Respond to the Complaint (ECF No. 13), it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant shall have until **October 13, 2025**, to respond to the Complaint.

BY THE COURT:

_____
**HON. MIA R. PEREZ, U.S.D.J.**