IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JOUREY NEWELL**, *individually and on behalf of a class of all persons and entities similarly situated*,

       **Plaintiff,**

  v.

**RXLINK INC.,**

       **Defendant.**

CASE NO. 2:25-cv-4270-MRP

### DEFENDANT RXLINK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, RxLink, by and through its undersigned counsel, files this motion to dismiss Plaintiff's Complaint. Defendant relies on the attached memorandum of law in support of its motion.

Dated: October 14, 2025

Respectfully submitted,

*/s/ Matthew A. Lipman*

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman
mlipman@mdmc-law.com
1617 JFK Boulevard, Ste. 1500
Philadelphia, Pennsylvania 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein*
GA 266019
ryan@wtlaw.com
Oyinkansola Y. Muraina*
GA 357962
omuraina@wtlaw.com
75 14th Street NE, Ste. 2600

Atlanta, Georgia 30309
Telephone: (404) 779-5189
Fax: (404) 537-1650
*Pro hac vice* forthcoming

*Counsel for Defendant RxLink Inc.*