IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated*, | : : : : | CIVIL ACTION |
| **Plaintiff,** | : : | |
| v. | : | NO. 25-cv-4270 |
| | : : | |
| RXLINK INC., | : : | |
| **Defendant.** | : | |

### ORDER

**AND NOW**, this ____ day of _____ 2025, upon consideration of Defendant RxLink's Motion to Dismiss Plaintiff's Complaint and the Memorandum of Law in Support, any response or opposition thereto, and any reply in further support thereof; it is

**HEREBY ORDERED THAT**:

1.  Defendant's Motion is GRANTED;

2.  Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE;

3.  The Clerk of Court is directed to close this action.

BY THE COURT:

_____
**HON. MIA R. PEREZ, U.S.D.J.**