IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL,                          :        Civil Action
                                        :
          v.                            :
                                        :
RXLINK INC.                             :        No.: 2:25-CV-04270-MRP
                                        :

## ORDER

AND NOW, this _____ day of _____ 2025 , it is hereby

ORDERED that the application of Oyinkansola Y. Muraina _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐    GRANTED.[1]

☐    DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/ nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

Civil Action No# 2:25-CV-04270-MRP _____

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT**
**PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _Oyinkansola Y. Muraina_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $75.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

See Attachment A

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

See Attachment A

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

Defendant, RxLink

Oyinkansola Y. Muraina
Digitally signed by Oyinkansola Y. Muraina
Date: 2025.10.15 13:01:10 -04'00'

(Applicant's Signature)

10/15/25

(Date)

Name of Applicant's Firm    Watstein Terepka, LLP

Address    75 14th Street NE, Suite 2600, Atlanta, GA 30309

Telephone Number    404-905-8999

Email Address    omuraina@wtlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/15/25_____

(Date)

Oyinkansola Y. Muraina
Digitally signed by Oyinkansola Y. Muraina
Date: 2025.10.15 13:01:22 -04'00'

(Applicant's Signature)

04/20

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Oyinkansola Y. Muraina _____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Matthew A. Lipman _____   _____   4/18/01          86892

(Sponsor's Name)          (Sponsor's Signature)   (Admission date)      (Attorney
                                                                         Identification No.)


SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

McElroy, Deutsch, Mulvaney & Carpenter, LLP

1617 JFK Boulevard, Suite 1500, Philadelphia, PA 19103-1815

215-557-2900


I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/16/25___        _____

(Date)                               (Sponsor's Signature)

## ATTACHMENT A

Oyinkansola Y. Muraina – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| New York (Bar No. 5760350) | 05/18/2020 | Yes |
| Georgia (Bar No. 357962) | 11/16/2022 | Yes |

New York State Unified Court System
Office of Court Administration
Attorney Registration Unit
25 Beaver Street - Room 840 New York, NY 10004
212-428-2800

State Bar of Georgia
104 Marietta St NW, Suite 100
Atlanta, Georgia 30303

| Court | Date Admitted | Good Standing |
|---|---|---|
| U.S.D.C., Northern District of Georgia | 09/23/2025 | Yes |

Columbia Law School, J.D.
University of Pennsylvania, B.A. International Relations
and Near-Eastern Languages/Civilizations

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL,                     :        Civil Action
                                   :
         v.                        :
                                   :
RXLINK INC.                        :        No.: 2:25-cv-04270-MRP

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _Oyinkansola Y. Muraina_,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

Jeremy C. Jackson                          Anthony I. Paronich
BOWER LAW ASSOCIATES, PLLC                 Paronich Law, P.C.
403 S. Allen St., Suite 210                350 Lincoln Street, Suite 2400
State College, PA 16801                    Hingham, MA 02043
jjackson@bower-law.com                     anthony@paronichlaw.com

(Signature of Attorney)

MATTHEW A. LIPMAN

(Name of Attorney)

OYINKANSOLA Y. MURAINA

(Name of Moving Party)

10/16/25

(Date)