IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| RXLINK INC. | : | No.: 2:25-CV-04270-MRP |

ORDER

AND NOW, this _____ day of _____ 20 25 , it is hereby

ORDERED that the application of Ryan D. Watstein_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:25-CV-04270-MRP

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, Ryan D. Watstein, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | See Attachment A (Attorney Identification Number) |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | See Attachment A (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for
Defendant, RxLink

Ryan David Watstein
Digitally signed by Ryan David Watstein
Date: 2025.10.15 12:57:38 -04'00'
(Applicant's Signature)

10/15/2025
(Date)

Name of Applicant's Firm: Watstein Terepka, LLP
Address: 75 14th Street NE, Suite 2600, Atlanta, GA 30309
Telephone Number: 404-782-0695
Email Address: ryan@wtlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/15/2025
(Date)

Ryan David Watstein
Digitally signed by Ryan David Watstein
Date: 2025.10.15 12:57:47 -04'00'
(Applicant's Signature)

04/20

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Ryan D. Watstein to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Matthew A. Lipman          4/18/01  to 10/6/25          86892

(Sponsor's Name)    (Sponsor's Signature)    (Admission date)    (Attorney Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

McElroy, Deutsch, Mulvaney & Carpenter, LLP

1617 JFK Boulevard, Suite 1500, Philadelphia, PA 19103-1815

215-557-2900

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/16/25

(Date)          (Sponsor's Signature)

## ATTACHMENT A

### Ryan D. Watstein – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| Georgia (Bar No. 266019) | 01/07/2010 | Yes |
| Florida (Bar No.93945) | 11/17/2011 | Yes |

Georgia State Bar
104 Marietta Street NW, Suite 100
Atlanta, Georgia 30303
Telephone: (404) 527-8700/(800) 334-6865

Florida State Bar
651 East Jefferson Street
Tallahassee, Florida 32399-2300
Telephone: (850) 561-5600

### Ryan D. Watstein – Court Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| Supreme Court of the United States (315426) | 11/29/2021 | Yes |
| U.S. Court of Appeals 2nd Circuit | 03/01/2019 | Yes |
| U.S. Court of Appeals 11th Circuit | 10/13/2023 | Yes |
| U.S. Court of Appeals 9th Circuit | 05/21/2020 | Yes |
| U.S. Court of Appeals 6th Circuit | 12/07/2020 | Yes |
| U.S. Court of Appeals 3rd Circuit | 09/22/2022 | Yes |
| U.S. Court of Appeals 7th Circuit | 04/26/2024 | Yes |
| U.S. Court of Appeals 1st Circuit (121822) | 06/18/2025 | Yes |
| U.S.D.C., Northern District of Georgia | 07/19/2010 | Yes |
| U.S.D.C., Middle District of Georgia | 08/17/2010 | Yes |
| U.S.D.C, Southern District of Florida | 04/02/2012 | Yes |

| | | |
|---|---|---|
| U.S.D.C., Middle District of Florida | 09/02/2015 | Yes |
| U.S.D.C., Northern District of Florida | 05/04/2018 | Yes |
| U.S.D.C., Western District of Texas | 07/24/2025 | Yes |
| Georgia Supreme Court | 06/02/2015 | Yes |
| Georgia State and Superior Courts | 01/07/2010 | Yes |
| Florida Circuit Courts | 11/17/2011 | Yes |
| Florida District Courts of Appeal | 11/17/2011 | Yes |
| Florida Supreme Court | 11/17/2011 | Yes |

University of Florida, College of Law
Florida State University

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| RXLINK INC. | : | No.: 2:25-cv-04270-MRP |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of RYAN D. WATSTEIN, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Jeremy C. Jackson
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
jjackson@bower-law.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

_____
(Signature of Attorney)
MATTHEW A. LIPMAN
(Name of Attorney)
RYAN D. WATSTEIN
(Name of Moving Party)
10/16/25
(Date)