IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, | Civil Action |
| v. | |
| RXLINK INC. | No.: 2:25-CV-04270-MRP |

ORDER

AND NOW, this 17th day of October, 2025, it is hereby ORDERED that the application of Oyinkansola Y. Muraina Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.[1]

☐ DENIED.

_____
HON. MIA R. PEREZ           , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.