IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, | : | Civil Action |
| v. | : | |
| RXLINK INC. | : | No.: 2:25-CV-04270-MRP |

ORDER

AND NOW, this  17th  day of  October, 20 25 , it is hereby ORDERED that the application of  Ryan D. Watstein , Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑  GRANTED.[1]

☐  DENIED.

_____, J.
HON. MIA R. PEREZ

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.