IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff<br><br>vs.<br><br>RXLINK INC.<br><br>   Defendant. | Case No. 2:25-cv-04270-MRP |

**PLAINTIFF'S MOTION FOR EXTENSION OF
TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

   Plaintiff, Jonathan Newell, by and through undersigned counsel, Anthony Paronich, respectfully moves this Honorable Court for an extension of thirty (30) days to file his Opposition to Defendant RxLink Inc.'s Motion to Dismiss. In support thereof, Plaintiff states as follows:

   1.   On October 14, 2025, Defendant filed a Motion to Dismiss for Failure to State a Claim (ECF No. 15).

   2.   Pursuant to Local Rule 7.1(c) of the Eastern District of Pennsylvania, Plaintiff's opposition is due within fourteen (14) days of service of the motion, making the current due date October 28, 2025.

   3.   Counsel for Defendant has consented to a thirty (30)-day extension of time for Plaintiff to file his opposition.

4.  This extension will permit Plaintiff's counsel adequate time to review Defendant's filings and prepare a comprehensive response.

5.  No party will be prejudiced by the granting of this motion.

6.  This motion is made in good faith and not for purposes of delay.

WHEREFORE, Plaintiff respectfully requests that the Court grant a thirty (30)-day extension, up to and including November 27, 2025, for Plaintiff to file his Opposition to Defendant's Motion to Dismiss.

RESPECTFULLY SUBMITTED AND DATED this October 22, 2025.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Jeremy C. Jackson (PA Bar No. 321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com