# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated*, | : : : : : | CIVIL ACTION |
| **Plaintiff,** | : : | NO. 25-cv-4270 |
| v. | : : | |
| RXLINK INC., | : : : | |
| **Defendant.** | | |

## ORDER

**AND NOW**, this <u>23rd</u> day of October 2025, upon consideration of Plaintiff's Consent Motion for an Extension of Time, (ECF No. 20), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff shall have until **November 24, 2025** to respond to Defendant's Motion to Dismiss.

BY THE COURT:

_____
**HON. MIA R. PEREZ, U.S.D.J.**