## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**RXLINK INC.**<br><br>*Defendant.* | Case No.<br><br>2:25-cv-4270-MRP<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER DENYING]**

**Defendant's Motion To Dismiss**

AND NOW, this _____ day of _____, 202____, it is hereby ORDERED that the Defendant's Motion to Dismiss is hereby DENIED.

*BY THE COURT:*

_____

Hon. Mia Roberts Perez, J.