IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated*, | : : : : : | CIVIL ACTION |
| **Plaintiff,** | : : | NO. 25-cv-4270 |
| v. | : : | |
| RXLINK INC., | : : | |
| **Defendant.** | | |

**DEFENDANT RXLINK INC.'S UNCONTESTED MOTION
FOR EXTENSION OF TIME TO FILE REPLY**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, Defendant RxLink Inc. ("RxLink") moves the Court for an extension of seven days — through and including December 12, 2025 — to file its Reply in support of its Motion to Dismiss (ECF No. 15). In support, Defendant states as follows:

1. On November 28, 2025, Plaintiff filed his Opposition to Defendant's Motion to Dismiss the Complaint. ECF No. 23.

2. Under Judge Mia Roberts Perez's Policies and Procedures, III.A, replies must be filed no later than seven days after Plaintiff's Opposition, rendering Defendant's deadline to file its Reply December 5, 2025.

3. Undersigned counsel respectfully requests a brief extension of the time to respond because of multiple conflicting case commitments in other matters, including hearings, briefing deadlines, and pretrial preparation.

4. This is the first request to extend Defendant's deadline to file a Reply.

5.    Defendant's counsel has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose this motion. Accordingly, the extension will not prejudice Plaintiff.

6.    This request is made for good cause and not for the purpose of delay. *See, e.g.*, *Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

7.    A proposed Order is filed with this motion.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and allow it until December 12, 2025, to file its Reply in support of the Motion to Dismiss.

Dated: December 5, 2025    Respectfully submitted,

*/s/ Matthew A. Lipman*
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman
mlipman@mdmc-law.com
1617 JFK Boulevard, Ste. 1500
Philadelphia, Pennsylvania 19103
Telephone: 215-557-2900

**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein*
GA 266019
ryan@wtlaw.com
Oyinkansola Y. Muraina*
GA 357962
omuraina@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 779-5189
**Admitted pro hac vice*

*Counsel for Defendant RxLink Inc.*

## **LOCAL RULE 7.1(b) CONFERENCE**

Pursuant to Local Rule 7.1(b), counsel for Defendant certifies that Defendant conferred with Plaintiff's counsel via email on December 4, 2025, regarding this motion. Plaintiff's counsel advised that Plaintiff does not oppose the relief requested herein.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Matthew A. Lipman*
Matthew A. Lipman
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> */s/ Matthew A. Lipman*
> Matthew A. Lipman
> *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> */s/ Matthew A. Lipman*
> Matthew A. Lipman
> *Counsel for Defendant*