## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL, *individually and on*
*behalf of a class of all persons and entities*
*similarly situated*,

                               CASE NO. 2:25-cv-04270-MRP

        Plaintiff,

   v.

RXLINK INC.,

        Defendant.

## DEFENDANT RXLINK'S MOTION FOR
## EXTENSION OF PAGE LIMITATION

Defendant RxLink Inc. ("RxLink") respectfully moves the Court for a 7-page extension of its page limit for its reply to Plaintiff Jourey Newell's Opposition to Defendant RxLink's Motion to Dismiss, ECF No. 23. In support, Defendant states as follows:

1.     This case is a putative TCPA class action. ECF No. 1.

2.     Defendant has moved to dismiss Plaintiff's Complaint with prejudice on two separate grounds: (a) Plaintiff fails to allege that he received a "telephone call," and (b) Plaintiff fails to allege he received a "telephone solicitation." ECF No. 15.

3.     Plaintiff filed his Opposition to Defendant's Motion to Dismiss on November 28, 2025. ECF No. 23.

4.     Plaintiff's Opposition is 20 pages, cites more than 40 cases, and contains many arguments about the proper application of the law following several recent Supreme Court decisions that effected a significant change in the law. Defendant cannot adequately respond to this authority and arguments in the 7 pages provided by Section III. A of Judge Mia Roberts Perez's Policies and Procedures.

5.      As such, Defendant respectfully requests that the Court extend the page limit for its reply brief by 7 pages. Good cause exists for this modest extension, as Defendant must address, among other things, Plaintiff's numerous case citations to clarify why those authorities are inapplicable or, in several instances, actually support dismissal of Plaintiff's claims.

6.      Defendant's counsel contacted Plaintiff's counsel on December 4 and 12 about the relief requested in this motion. On December 4, Plaintiff's counsel indicated that they wanted a sur-reply in exchange for their agreement to Defendant's requested page extension. Defendant then tabled its request to see if it could fit its reply within the 7-page limit. It could not.

7.      As such, on December 12, Defendant reiterated its request for Plaintiff's consent, noting that it would consider any request about a sur-reply after Plaintiff's counsel reviewed Defendant's reply brief. As of the time of this filing, Defense counsel had not heard back from Plaintiff's counsel about whether their position on this motion had changed, though Defense counsel admittedly did not email them until late in the afternoon on December 12.

Accordingly, Defendant respectfully requests that the Court grant this motion and that RxLink be given an additional 7 pages, up to 14 pages, for its Reply in Support of its Motion to Dismiss Plaintiff's Complaint.

*[Remainder of Page Intentionally Blank - Signature on Following Page]*

Dated: December 12, 2025

Respectfully submitted,

*/s/ Ryan D. Watstein*
Ryan D. Watstein*, GA 266019
ryan@wtlaw.com
Oyinkansola Y. Muraina*, GA 357962
omuraina@wtlaw.com
**WATSTEIN TEREPKA, LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 779-5189
Fax: (404) 537-1650
*Admitted Pro Hac Vice*

Matthew A. Lipman
mlipman@mdmc-law.com
**McELROY, DEUTSCH, MULVANEY & CARPENTER,
LLP**
1617 JFK Boulevard, Suite 1500
Philadelphia, Pennsylvania 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

*Counsel for Defendant RxLink Inc.*

## LOCAL RULE 7.1(b) CONFERENCE

Pursuant to Local Rule 7.1(b), counsel for Defendant certifies that Defendant conferred with Plaintiff's counsel via email on December 4 and 12, 2025 regarding this motion.  Plaintiff's counsel advised that Plaintiff does not oppose the relief requested herein.

**WATSTEIN TEREPKA, LLP**

*/s/ Ryan D. Watstein*
Ryan D. Watstein

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 12, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/CEF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Ryan D. Watstein*
Ryan D. Watstein

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOUREY NEWELL, *individually and* | : | |
| *on behalf of a class of all persons and* | : | **CIVIL ACTION** |
| *entities similarly situated*, | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **NO. 25-cv-4270** |
| | : | |
| RXLINK INC., | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

**AND NOW**, this _____ day of December 2025, upon consideration of Defendant RxLink's Motion for Additional Pages to Respond to Plaintiff's Opposition to RxLink's Motion to Dismiss (the "Motion") (ECF No. __), it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant shall have 12 pages to respond to the Opposition.

BY THE COURT:

_____

**HON. MIA R. PEREZ**