IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated*, | : : : : | CIVIL ACTION |
| **Plaintiff,** | : : | |
| v. | : : | NO. 25-cv-4270 |
| RXLINK INC., | : : : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 15th day of December 2025, upon consideration of Defendant RxLink's Motion for Additional Pages to Respond to Plaintiff's Opposition to RxLink's Motion to Dismiss (the "Motion") (ECF No. 26), it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant shall have 12 pages to respond to the Opposition.

BY THE COURT:

**HON. MIA R. PEREZ**