IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**RXLINK INC.**<br><br>*Defendant.* | Case No.<br><br>2:25-cv-4270-MRP<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY**

AND NOW, this _____ day of _____, 202____, it is hereby ORDERED that the Plaintiff's motion for leave to file a sur-reply is granted. Plaintiff shall file the sur-reply within five business days of this Order, limited to five pages.

*BY THE COURT:*

_____

Hon. Mia Roberts Perez, J.