# EXHIBIT A

**Wednesday, December 24, 2025 at 4:00:39 PM Eastern Standard Time**

**Subject:** Re: Newell v. RxLink - Reply Extension Request
**Date:** Monday, December 15, 2025 at 7:24:39 PM Eastern Standard Time
**From:** Ryan Watstein
**To:** Andrew Perrong, Oyinkan Muraina
**CC:** Anthony Paronich

An extension and a sur-reply are two very different things. We never say no to extensions, and we've never said no to reasonable page extensions either. But sur-replies put our client at a tactical disadvantage and are only proper in extraordinary circumstances—not just because you want the last word. You asked for a sur-reply here before you even saw our brief.

**From:** Andrew Perrong <a@perronglaw.com>
**Date:** Monday, December 15, 2025 at 5:13 PM
**To:** Oyinkan Muraina <omuraina@wtlaw.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
**Subject:** Re: Newell v. RxLink - Reply Extension Request

[Warning – external]

Understood. We'll seek the court's intervention and keep your professional discourtesy in mind in other matters going forward when you ask for an extension.

On Mon, Dec 15, 2025, 4:57 PM Oyinkan Muraina <omuraina@wtlaw.com> wrote:
> Hi Andrew,
>
> We've reviewed your request, but we don't think a sur-reply is appropriate here. Our reply was limited to responding to the arguments raised in your Opposition and didn't raise anything new.
>
> Best,
> Oyinkan
>
>
> --
> **Oyinkan Muraina (bio)**
> WATSTEIN TEREPKA LLP
> P: (404) 905-8999
> omuraina@wtlaw.com
> www.wtlaw.com
>
> **From:** Andrew Perrong <a@perronglaw.com>

**Date:** Monday, December 15, 2025 at 2:58 PM
**To:** Oyinkan Muraina <omuraina@wtlaw.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
**Subject:** Re: Newell v. RxLink - Reply Extension Request

[Warning – external]

After reviewing your reply, we believe a sur-reply is warranted and will not exceed 5 pages. Please advise if we have your consent.
On Fri, Dec 12, 2025 at 5:20 PM Oyinkan Muraina <omuraina@wtlaw.com> wrote:
> Anthony and Andrew,
>
> We wanted to follow up regarding the page limit for the reply brief in Newell.
>
> We plan to file a short motion for a 5-page extension of our reply brief page limit, from 7 pages to 12 pages. Please let us know Plaintiff's position on the request.
>
> We understand that you were also seeking our consent for a sur-reply, but we're not willing to consent to a sur-reply before you've had a chance to see our reply brief. That said, after our reply is filed, if you believe a sur-reply is warranted and ask for it then, we will of course consider the request in good faith.
>
> Thanks,
> Oyinkan
>
> ---
>
> **From:** Oyinkan Muraina <omuraina@wtlaw.com>
> **Date:** Thursday, December 4, 2025 at 5:47 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Cc:** Andrew Perrong <a@perronglaw.com>, Ryan Watstein <Ryan@wtlaw.com>
> **Subject:** Re: Newell v. RxLink - Reply Extension Request
>
> Will do.
>
> ---
>
> **From:** Anthony Paronich <anthony@paronichlaw.com>
> **Date:** Thursday, December 4, 2025 at 5:43 PM
> **To:** Oyinkan Muraina <omuraina@wtlaw.com>
> **Cc:** Andrew Perrong <a@perronglaw.com>, Ryan Watstein <Ryan@wtlaw.com>
> **Subject:** Re: Newell v. RxLink - Reply Extension Request

[Warning – external]

Got it, definitely marked that as unopposed

> On Dec 4, 2025, at 5:42 PM, Oyinkan Muraina <omuraina@wtlaw.com> wrote:
>
> Thank you. We'll get back to you on that point. We're just seeking the extension of time for our reply for now.
>
> **From:** Andrew Perrong <a@perronglaw.com>
> **Date:** Thursday, December 4, 2025 at 4:55 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Cc:** Oyinkan Muraina <omuraina@wtlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
> **Subject:** Re: Newell v. RxLink - Reply Extension Request
>
> [Warning – external]
>
> Yes, we would not oppose that, so long as we also got a 5 page sur-reply. Without seeing your reply, it's hard to say, but we believe that the additional pages is indicative of the presence of some additional arguments we wish to address that constitutes good cause.
>
> On Thu, Dec 4, 2025 at 1:50 PM Anthony Paronich <anthony@paronichlaw.com> wrote:
>> Definitely fine on the extension, let me chat with Andrew real quick on the page limit. I think we may ask for a 5-page sur-reply as a result.
>>
>> ----
>> Anthony Paronich
>> Paronich Law, P.C.
>> 350 Lincoln Street, Suite 2400
>> Hingham, MA 02043
>> [o] (617) 485-0018
>> [c] (508) 221-1510
>> [f] (508) 318-8100
>>
>> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

> On Thu, Dec 4, 2025 at 4:47 PM Oyinkan Muraina <omuraina@wtlaw.com> wrote:
>> Hi Anthony,
>>
>> We plan to file a short motion seeking a 7-day extension of our time to file a reply and a 5-page extension of our page limit (from 7 to 12 pages).
>>
>> Could you please let us know your position on this request?
>>
>> Thanks,
>> Oyinkan