IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated*, | : :  CIVIL ACTION : : |
| **Plaintiff,** | : |
| v. | : NO. 25-cv-4270 |
| | : |
| RXLINK INC., | : |
| | : |
| **Defendant.** | : |

# ORDER

**AND NOW**, this \_\_\_\_ day of December 2025, upon consideration of Plaintiff Jourey Newell's Motion for Leave to File a Sur-Reply (the "Motion") (ECF No. 29), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
HON. MIA R. PEREZ