IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated, *Plaintiff*, v. **RXLINK INC.** *Defendant.* | Case No. 2:25-cv-4270-MRP **CLASS ACTION** **JURY TRIAL DEMANDED** |

## ORDER GRANTING

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY

AND NOW, this 5th day of January, 2026, it is hereby ORDERED that the Plaintiff's motion for leave to file a sur-reply is granted. Plaintiff shall file the sur-reply within five business days of this Order, limited to five pages.

*BY THE COURT:*

_____
Hon. Mia R. Perez