IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated, *Plaintiff*, v. **RXLINK INC.** *Defendant.* | Case No. 2:25-cv-4270-MRP **CLASS ACTION** **JURY TRIAL DEMANDED** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff respectfully files this Notice of Supplemental Authority in Opposition to Defendant's Motion to Dismiss. This week, the Ninth Circuit Court of Appeals issued its published opinion in *Howard v. Republican Nat'l Comm.*, No. 23-3826, --- F.4th ---, 2026 WL 90273 (9th Cir. Jan. 13, 2026). A copy of the opinion is enclosed herein as Exhibit A.

The published opinion is notable in that it explicitly reaffirms *Satterfield's* "substantive analysis" and central holding, "that the term 'call' in § 227 includes a 'text message.'" *Id.* at *4. The Ninth Circuit held that, even in the absence of *Chevron* deference, *Satterfield's* reasoning remains correct both as a textual matter and in the overall structure and context of the TCPA's statutory purpose. *Id.* Notably, *Howard* thus represents the Ninth Circuit's ruling on the very issue in which the district court granted interlocutory review in *Dilanyan*. Although not binding, the decisions of a sister court of appeal are persuasive and their reasoning helpful. *United States ex rel. Petras v. Simparel, Inc.*, 857 F.3d 497, 503 (3d Cir. 2017).

1

In light of the foregoing authority, the Defendant's Motion to Dismiss should therefore be denied.

Dated: January 17, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

January 17, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.