IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated*, | : : : : | CIVIL ACTION |
| **Plaintiff,** | : : | |
| v. | : | NO. 25-cv-4270 |
| RXLINK INC., | : : : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this _____ day of _____ 2026, upon consideration of Defendant RxLink's Motion for Leave to File a Response to Plaintiff's Sur-Reply (the "Motion") (ECF No. __), it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
**HON. MIA R. PEREZ**

2