IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated*, | : CIVIL ACTION : : |
| Plaintiff, | : |
| v. | : NO. 25-cv-4270 |
| RXLINK INC., | : : |
| Defendant. | : |

# ORDER

**AND NOW**, this 26th day of January 2026, upon consideration of Defendant RxLink's Motion for Leave to File a Response to Plaintiff's Sur-Reply (the "Motion") (ECF No.36), it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
**HON. MIA R. PEREZ**