IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated*,  **Plaintiff,**  v.  RXLINK INC.,  **Defendant.** | CASE NO. 2:25-cv-04270-MRP |

### DEFENDANT RXLINK INC.'S
### NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant RxLink Inc. ("RxLink") submits this Notice of Supplemental Authority, supporting RxLink's motion to dismiss. (ECF No. 15).

In *Stockdale v. Skymount Property Group, LLC*, the Northern District of Ohio granted a motion to dismiss a TCPA claim brought under 47 U.S.C. § 227(c)(5) because text messages are not "telephone call[s]" within the meaning of the statute. 2026 WL 591842, at *2 (N.D. Ohio Mar. 3, 2026). The court explained that based on the contemporary definition of "telephone" and "call," the term "could not include modern-day text messages because text messages do not use a telephone to reproduce sounds at a distance." *Id.* at *3. Further, because "the language of the statute is clear, the Court's analysis stops." *Id.* at *4 (citing *United States v. Choice*, 201 F.3d 837, 840 (6th Cir. 2000)).

The Court was not persuaded by FCC authority, explaining:

1

> The Court acknowledges, however, that its decision—as dictated by *Loper Bright* and *McLaughlin*—arguably stands in contrast to decades of FCC agency interpretations, court decisions, and even congressional intent. Such contradictory decisions are the natural consequence of the Supreme Court overruling *Chevron, U.S.A, Inc. v. Natural Resources Defense Council, Inc.*, 467 U.S. 837, 865–66 (1984) and creating a gap between long-standing agency interpretations that Congress may have presumed to be valid and the plain text of statutes. But it is for Congress—not this Court— to fill those gaps in the wake of *Chevron*'s reversal.

*Id.*

Dated: March 10, 2026  

Respectfully submitted,

*/s/ Ryan D. Watstein*

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman
mlipman@mdmc-law.com
1617 JFK Boulevard, Ste. 1500
Philadelphia, Pennsylvania 19103
Telephone: 215-557-2900
Fax: (215) 557-2990


**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein*
GA 266019
ryan@wtlaw.com
Oyinkansola Y. Muraina*
GA 357962
omuraina@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 779-5189
Fax: (404) 537-1650
**Admitted pro hac vice*

*Counsel for Defendant RxLink Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 10, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                      */s/ Ryan D. Watstein*
                                      Ryan D. Watstein

                                      *Counsel for Defendant*