## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL, *individually and*   **:**
*on behalf of a class of all persons and*   **:**   **CIVIL ACTION**
*entities similarly situated***,**   **:**
      **:**
    **Plaintiff,**   **:**
     **v.**   **:**   **NO. 25-cv-4270**
      **:**
RXLINK INC.,   **:**
      **:**
    **Defendant.**   **:**

## ORDER

**AND NOW**, this _____ day of _____ 2026, upon consideration of Defendant RxLink, Inc.'s Application for Interlocutory Appeal (the "Application") (ECF No. __), pursuant to 28 U.S.C. § 1292(b), and any response thereto, it is hereby **ORDERED** that the Application is **GRANTED**.

The Court finds that its Order dated March 12, 2026 (ECF No. 43) (the "Order") involves a controlling question of law as to which there is substantial ground for difference of opinion, and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation.

Accordingly, the Court certifies the Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

**BY THE COURT:**

_____
**HON. MIA R. PEREZ, U.S.D.J.**