**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**JOUREY NEWELL**, *individually and
on behalf of a class of all persons
and entities similarly situated*,

    **Plaintiff,**

  v.

**RXLINK INC.,**

    **Defendant.**

      **CASE NO. 2:25-cv-04270-MRP**

**DEFENDANT RXLINK INC.'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, Defendant RxLink Inc. ("RxLink") moves the Court for an extension of thirty days—through and including April 27, 2026 — to respond to Plaintiff Jourey Newell's Complaint. ECF No. 1. In support, Defendant states as follows:

  1. On October 14, 2025, Defendant filed a Motion to Dismiss. ECF No. 15.

  2. On March 12, 2026, the Court denied Defendant's Motion to Dismiss. ECF No. 43. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendant's current deadline to respond to the Complaint is Thursday, March 26, 2026.

  3. On March 23, 2026, Defendant filed an application pursuant to 28 U.S.C. § 1292(b), asking the Court to certify its Order (ECF No. 43) denying RxLink's Motion to Dismiss for interlocutory appeal. ECF No. 44.

  4. Undersigned counsel respectfully requests additional time to respond in light of their recent application for interlocutory review and counsel's existing

1

schedule, which includes multiple overlapping briefing deadlines and depositions in the coming weeks. Defendant seeks an additional thirty (30) days to file its responsive pleading.

5.    This is the first request to extend Defendant's deadline under Rule 12(a)(4) to file its responsive pleading.

6.    Defendant's counsel contacted Plaintiff's counsel on March 24 and 25 about the relief requested in this motion. On March 25, Plaintiff's counsel advised Plaintiff opposes this motion.

7.    This request is made for good cause and not for the purpose of delay. *See, e.g.*, *Petrucelli v. Boehringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

8.    A proposed Order is filed with this motion.

Accordingly, Defendant respectfully requests that the Court grant this motion and allow it until <u>April 27, 2026</u>, to answer, move, or otherwise respond to the Complaint.

*[Signature on Next Page]*

Dated:  March 26, 2026

Respectfully submitted,

*/s/ Ryan D. Watstein*

**McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP**
Matthew A. Lipman
mlipman@mdmc-law.com
1617 JFK Boulevard, Ste. 1500
Philadelphia, Pennsylvania 19103
Telephone: 215-557-2900
Fax: (215) 557-2990


**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein*
GA 266019
ryan@wtlaw.com
Oyinkansola Y. Muraina*
GA 357962
omuraina@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 779-5189
Fax: (404) 537-1650
**\*Pro hac vice* forthcoming

*Counsel for Defendant RxLink Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 26, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>*/s/ Ryan D. Watstein*</u>
Ryan D. Watstein

*Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, *individually and on behalf of a class of all persons and entities similarly situated*, | : <br> : <br> : <br> : <br> : | **CIVIL ACTION** |
| **Plaintiff,** | : | **NO. 25-cv-4270** |
| **v.** | : <br> : | |
| RXLINK INC., | : <br> : | |
| **Defendant.** | | |

### ORDER

**AND NOW**, this ____ day of March 2026, upon consideration of Defendant RxLink's Motion for an Extension of Time to Respond to the Complaint (the "Motion") (ECF No. 45), it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant shall have until **April 27, 2026**, to respond to the Complaint.

BY THE COURT:

_____
**HON. MIA R. PEREZ**

5