**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> **RXLINK INC.** <br><br> *Defendant.* | Case No. <br><br> 2:25-cv-4270-MRP <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED ORDER DENYING]**

**DEFENDANT'S APPLICATION FOR INTERLOCUTORY**

**APPEAL AND REQUEST FOR STAY**

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the

Defendant's Application for Interlocutory Appeal and Request for Stay is hereby DENIED.

*BY THE COURT:*

_____

Hon. Mia Roberts Perez, J.

1