**RULE 16 CONFERENCE INFORMATION REPORT**

Civil Action No.    25-4270 Jury Trial  **X**_____    Bench Trial _____    Arbitration _____

Service of Process Made    8/1/25 _____
                                          (Date)

Caption:   Newell v. RxLink Inc. _____

Trial Counsel:    Ryan D. Watstein _____

Representing:    Defendant RxLink Inc. _____

Law Firm:    Watstein Terepka, LLP _____

Telephone:  _404-782-695_____    Fax:  _404-537-1650_____    E-Mail:  _ryan@wtlaw.com_

Are there threshold motions?    Defendant anticipates a dispositive motion to Plaintiff's individual claims after Phase One.
                                                        (Identify Motion(s))

When will discovery be completed?    90 days after entry of scheduling order (Phase One)
                                                        (Date)

                                                                    *(dispositive motion after Phase One)*
Will motion for summary judgment be filed?        Yes  **X**_____    No _____

Has settlement been discussed?                          Yes  **X**_____    No _____

If not, why not? _____

Future settlement conference requested        Yes  **X**_____    No _____
                                                                    *(after Phase One)*

Novel issues or special problems?    Yes  **X**_____    No _____    If yes, describe.
Defendant will seek phased (bifurcated) discovery—individual/Rule 23 issues before class-wide discovery.

Ready for trial by?    To be set after Phase One and ruling on Defendant's dispositive motion.

Trial time estimates:    Time to present your case        2-3 days (Defendant's case)

                                      Time for entire trial          TBD; longer if tried as a class action

Date: July 13, 2026 _____

                                                        _____
                                                        Signature of counsel
                                                        Ryan D. Watstein_____
                                                        Typed or printed name