**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NEWELL** | : | **CIVIL ACTION** |
| **v.** | : | |
| **RXLINK INC.** | : | **NO.: 25-cv-4270** |

**ORDER**

**AND NOW**, this **2nd** day of **SEPTEMBER 2026**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Mia Roberts Perez to the calendar of the Honorable Antonio M. Pozos for further proceedings.

**FOR THE COURT:**

**WENDY BEETLESTONE**
**Chief Judge**

**ATTEST:**

**/s/George Wylesol**
**GEORGE WYLESOL**
**Clerk of Court**