**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOUREY NEWELL,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **NO. 25-4270** |
| **RXLINK INC.,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 8th day of October 2026, upon consideration of the fact that it appears that the Parties have not filed a Joint Status Report consistent with the Notice of Reassignment and Standing Order dated September 16, 2026 (ECF No. 56), it is **HEREBY ORDERED:**

1. The Parties shall each, no later than Monday, **October 19, 2026**, **SHOW CAUSE** as to why the parties failed to follow this Court's Order;
2. Within ten (10) days of this Order, the parties **SHALL FILE** with the Court, via ECF, a Joint Status Report consistent with the Notice of Reassignment and Standing Order; and
3. We will hold a case management conference in person on Thursday, **November 5, 2026** at **3:00 P.M.** in a Courtroom To Be Determined.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**