**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**JOUREY NEWELL,** individually and on behalf of all others similarly situated,

*Plaintiff*,

*v.*

**RXLINK INC.**

*Defendant.*

Case No.

2:25-cv-4270

**JOINT NOTICE OF SETTLEMENT AND RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Jourey Newell and Defendant RxLink Inc. respectfully advise the Court that the parties have tentatively reached a settlement of this matter and anticipate filing appropriate dismissal paperwork within sixty days.

The parties also apologize to the Court for the oversight in failing to submit the status report required by the Court's September 16, 2026 Notice of Reassignment and Standing Order. The omission was inadvertent, as the parties were working to finalize their settlement and did not intend to disregard the Court's Order. In light of the parties' settlement, the parties respectfully request that the Court discharge the October 8, 2026 Order to Show Cause (ECF No. 57) and vacate the November 5, 2026 case management conference.

[*Signature on Following Page*]

Dated: October 8, 2026

PLAINTIFF,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

*/s/ Matthew A. Lipman*
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman
mlipman@mdmc-law.com
1617 JFK Boulevard, Ste. 1500
Philadelphia, Pennsylvania 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein*
GA 266019
ryan@wtlaw.com
Oyinkansola Y. Muraina*
GA 357962
omuraina@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 779-5189
Fax: (404) 537-1650
**Admitted pro hac vice*

*Counsel for Defendant RxLink Inc.*