**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOUREY NEWELL,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **NO. 25-4270** |
| **RXLINK INC.,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 9th day of October 2026, upon consideration of the Joint Notice of Settlement and Response to Order to Show Cause (ECF No. 58), it is **HEREBY ORDERED:**

1. The October 8, 2026, Order to Show Cause (ECF No. 57) is **VACATED;**
2. The case management conference scheduled for **November 5, 2026** at 3:00 P.M. will, however, remain as scheduled if the Parties have not concluded a settlement by that date; and
3. In the absence of a settlement, the Parties **SHALL FILE** with the Court, via ECF, a Joint Status Report, consistent with the Notice of Reassignment and Standing Order dated September 16, 2026 (ECF No. 56), on or before **November 4, 2026**.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**