**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**RXLINK INC.**<br><br>*Defendant.* | Case No.<br><br>2:25-cv-4270-MRP<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant RxLink Inc. and Plaintiff Jourey Newell ("Plaintiff," and with Defendant, the "Parties") hereby stipulate to dismissal of the Plaintiff's individual claims in this action with prejudice, and the dismissal of the putative class claims in this action without prejudice, with each party to bear its own fees and costs.

Date: October 26, 2026

*/s/ Anthony Paronich*

Anthony Paronich, Esq.
(subject to *Pro Hac Vice*)
Paronich Law, PC
350 Lincoln St #2400
Hingham, MA 02043
Phone: (617) 485-0018
anthony@paronichlaw.com

*/s/ Matthew A. Lipman*
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman
mlipman@mdmc-law.com
1617 JFK Boulevard, Ste. 1500
Philadelphia, Pennsylvania 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein*
GA 266019
ryan@wtlaw.com
Oyinkansola Y. Muraina*
GA 357962
omuraina@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 779-5189
Fax: (404) 537-1650
**Admitted pro hac vice*

*Counsel for Defendant RxLink Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Anthony Paronich*
Anthony Paronich